AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

NOV - 4 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Alcides Dominguez-Valenzuela

**CRIMINAL COMPLAINT**

Case Number: M-20-2389-M

IAE   YOB: 1982
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 3, 2020** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Alcides Dominguez-Valenzuela was encountered by Border Patrol Agents near Roma, Texas on November 3, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on November 3, 2020, near Roma, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on August 21, 2019, through Detroit, Michigan. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On July 29, 2019 the defendant was convicted 8 USC 1326 Reentry of Removed Alien and sentenced to time served.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Laura Garcia
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

November 4, 2020     7:58 a.m.

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/Jose E. Diaz
Signature of Complainant
Jose E. Diaz     Border Patrol Agent

Pete E Ormsby
Signature of Judicial Officer