| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>11/4/2020/amg | Criminal Docket |

| | | |
|---|---|---|
| McALLEN Division | CR. No. **M-20-2050** | M-20-2389-M<br>United States Courts<br>Southern District of Texas |
| **INDICTMENT**   Filed: December 1, 2020 | Judge: **RANDY CRANE** | FILED<br>*December 01, 2020* |
| County: Starr | | |
| Lions #: **2020R12388** | Attorneys: | David J. Bradley, Clerk of Court |
| UNITED STATES OF AMERICA | RYAN K. PATRICK, UNITED STATES ATTORNEY | |
| v. | ELIZA CARMEN, ASST. U.S. ATTORNEY | |
| ALCIDES DOMINGUEZ-VALENZUELA<br>*Custody: 11/3/2020* | Ct. 1 | FPD, (956) 630-2995 |

Charge(s):   Ct. 1:   Unlawfully present in the United States after being previously excluded, deported, and removed.
Title 8, United States Code, Sections 1326(a) and 1326(b)

Total Counts **(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   Bureau of Customs & Border Protection - Jose E. Diaz

Date                                                  Proceedings